Bossier City, Marshalls 620 Benton
Marshall Office Benton County Warrant
620 Benton Rd Bossier City Mill Division
Tony. R. Moore Clerk of
Court Western District of
LA Williams-v-Hitchmiches
Williams-v-CADDO Correction
Center E.T. AL. Williams-v-
Ben Raymon Ex Chief of
Police Williams-v-Chief of
Police Wayne Smith Chris
Deputy Sheriff Chris Reed per
per mental A-Team B-Team mental
LT. Leach C-Team per mental
C-Team I.F.P. Not prison
Ice-Detained I Leed To
Proceed In Forma pauespc,A
PRO-se self Respented
Maurice Hicks Open up June 12. 2002
Account #2SU Done Indent
Report 69401-146117 96401-146117
mental 146117 Case 522-299
CADDO parish JudGe John
Mosley Su C-P- Court House
SUI Texas State Sport LA 71101
I seek the Relief of A Conviction
of sentence Section 1983
U.S. marshall Geriode Guideline
Appeal C-W- service Process
2831 Kelsey St S-port LA 21102
Marshalls Guidelines. port LA 71105 st. 1736 East 79th

JUN 12 2023
TONY R. MOORE, CLERK
BY
DEPUTY
WESTERN DISTRICT COURT
DISTRICT OF LOUISIANA
RECEIVED

Hadley
Hitchmiches
Hitchmiches
Bossier St Hosha man
Bossier City Mill
S-port LA 71107
2416 Xarbtt off, cer
W-Collins St
300n Gardnuit St S-port LA 71107
Warrant For S-port
LA 71107
Garner Rd.
PARRO
Parish 300n Gardnuit St